# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

Marilyn Kelly,
Chief Justice

136962(47)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

JOHN H. RAY,
      Plaintiff-Appellant,

v

SC: 136962
COA: 281591
Wayne CC: 07-703148-NM

TODD R. PERKINS,
      Defendant-Appellee.

_____/

      On order of the Court, the motion for reconsideration of this Court's January 15, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      KELLY, C.J., would grant the motion for reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

_____
Clerk

d0831